IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY KILGORE,

      Plaintiff,                                CIV S-07-0834 CMK

    vs.

MICHAEL J. ASTRUE,                    <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted; and

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

1

1    4.  Within fifteen days from the date of this order, plaintiff shall submit to the
2    United States Marshal a completed summons and copies of the complaint and to file a statement
3    with the court that said documents have been submitted to the United States Marshal.
4    5.  The United States Marshal is directed to serve all process without prepayment
5    of costs not later than sixty days from the date of this order.  Service of process shall be
6    completed by delivering a copy of the summons and complaint to the United States Attorney for
7    the Eastern District of California, and by sending a copy of the summons and complaint by
8    registered or certified mail to the Attorney General of the United States at Washington, D.C.  See
9    Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and
10   complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
11   General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  See
12   Fed. R. Civ. P. 4(i)(2).

DATED:  May 7, 2007.

  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE